Daniel Watts SBN 277861
**G10 Galuppo Law**
A Professional Law Corporation
2792 Gateway Road, Suite 102
Carlsbad, California 92009
Phone:  (760) 431-4575
Fax:     (760) 431-4579

Attorneys for Defendants Tony and Leah Afshar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Rutherford,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**TONY AFSHAR,** an individual; **LEAH AFSHAR,** an individual; and **DOES 1-10**, inclusive, et. al.<br><br>Defendants. | Case: 3:19-cv-01574-JLS-BGS<br><br>**NOTICE OF DEFENDANTS TONY AND LEAH AFSHAR'S MOTION TO DISMISS. FRCP 12(B)(1), 12(B)(6).**<br><br>**Hearing Date: December 12, 2019**<br>**Time:            1:30 p.m.**<br><br>**No oral argument requested**<br><br>Trial Date: None set<br>Judge: Hon. Judge Janis L. Sammartino |

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO THE COURT AND ALL PARTIES:**

Under Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Tony Afshar and Leah Afshar move to dismiss the complaint filed by Plaintiff James Rutherford and each cause of action within it. *Dkt. No. 1*. The complaint uses a template with boilerplate language lacking specific facts, violating Rule 8 and the *Oliver/Chapman* pleading standards that apply to ADA claims in the Ninth Circuit. *Strong v. Johnson*, 2017 WL 201737, at *2–3 (S.D. Cal. Jan. 18, 2017); *Chapman v. Pier 1 Imp. Inc.*, 631 F.3d 939, 946 (9th Cir. 2011). The complaint also fails to allege facts supporting the elementary elements of Article III standing, rendering the complaint vulnerable to a motion to dismiss. Fed. R. Civ. P. 12(b)(1), 12(b)(6); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The state law claims predominate over the federal claims and should be dismissed.

The hearing on the motion will be held on December 12, 2019 at 1:30 p.m. at the U.S. District Court for the Southern District of California, 4D (4th Flr), Chambers Rm. # Suite 4194, 221 West Broadway, San Diego, CA 92101 in front of the Honorable Judge Janis L. Sammartino.

This motion is based on this notice and motion, the accompanying memorandum of points and authorities, the pleadings and papers on file in this action, any matters of which the court may take judicial notice, and any other evidence or argument presented at or before the hearing.

Dated:  October 8, 2019         By: /s/Daniel Watts_____

G10 Galuppo Law

**Attorneys for Defendants Tony Afshar, Leah Afshar**

-1-